# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| KAREN R. HIRLSTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　Defendant. | Case No. 1:17-cv-4699-TWP-MPB |

### COSTCO'S OBJECTIONS TO WITNESS LIST FOR PLAINTIFF

| Witness Name | Will call | May call | Objections |
|---|---|---|---|
| Karen R. Hirlston | X | | No objection, subject to the limitations set forth in Costco's Motions *In Limine*. |
| Steve Hirlston | X | | Costco objects to Mr. Hirlston testifying based on hearsay, relevance, and to the extent any testimony is cumulative and lacks personal knowledge. FED R. EVID. 602, 802, 403. Mr. Hirlston's testimony is also subject to Costco's Motions *in Limine* # 1 and 4. |
| Mike Donaldson | X | | No objection, subject to the limitations set forth in Costco's Motions *In Limine*. |
| Scott Francis | X | | No objection, subject to the limitations set forth in Costco's Motions *In Limine*, including Costco's Motion *In Limine* # 1 (ECF No. 79). |
| Chris Albury | X | | Costco objects to Mr. Albury's testimony based on relevance, hearsay, and to the extent any testimony is cumulative and lacks personal knowledge. FED R. EVID. 602, 802, 403. Furthermore, Mr. Albury is no longer employed by Costco and, on information and belief, resides outside the subpoena power of the district court. |
| Charise McDonald | X | | No objection, subject to the limitations set forth in Costco's Motions *In Limine*. |
| Julie Frazier | X | | No objection, subject to the limitations set forth in Costco's Motions *In Limine*. |
| William Kauffman | X | | No objection, subject to the limitations set forth in Costco's Motions *In Limine*. |
| Rachael Bowles, | X | | Costco objects to Dr. Bowles' testimony to the |

| Witness Name | Will call | May call | Objections |
|---|---|---|---|
| M.D. | | | extent it relates to matters outside of the scope of her treatment of Plaintiff, as set forth in Costco's Motion *In Limine* # 4 (ECF No. 82). Costco also objects to any testimony by Dr. Bowles that is hearsay or on subjects for which she lacks personal knowledge. FED R. EVID. 602, 802. |
| Julie Davidson | | X | Costco objects to the extent any evidence from Ms. Davidson will be cumulative of the evidence from other witnesses at trial, including Plaintiff, Julie Frazier, and Mike Donaldson. FED R. EVID. 403. |
| Frances Parisi | | X | Costco objects to the extent any evidence from Ms. Parisi will be cumulative of the evidence from other witnesses at trial, including Plaintiff, Julie Frazier, William Kauffman, and Mike Donaldson. FED R. EVID. 403. Costco also objects because it does not employ Ms. Parisi, who lives and works in California, *i.e.*, outside the scope of subpoena power of the district court. |
| Hillary Dirks | | X | Costco objects to the extent any evidence from Ms. Dirks will be cumulative of the evidence from other witnesses at trial, including Plaintiff, Julie Frazier, William Kauffman and/or Mike Donaldson. FED R. EVID. 403. |
| Elizabeth Piron | | X | Costco objects to Ms. Piron's testimony based on relevance, hearsay, and to the extent any testimony is cumulative and lacks personal knowledge. FED R. EVID. 602, 802, 403. |
| Jeffrey Rayman | | X | Costco objects to Mr. Rayman's testimony based on relevance, hearsay, and to the extent any testimony is cumulative and lacks personal knowledge. FED R. EVID. 602, 802, 403. |
| Alan Franklin | | X | Costco objects to Mr. Franklin's testimony based on relevance, hearsay, and to the extent any testimony is cumulative and lacks personal knowledge. FED R. EVID. 602, 802, 403. Further objecting, Costco no longer employs this individual. |
| Kesha Thomeson | | X | Costco objects to Ms. Thomeson's testimony based on relevance, hearsay, and to the extent any testimony is cumulative and lacks personal knowledge. FED R. EVID. 602, 802, 403. |

| Witness Name | Will call | May call | Objections |
|---|---|---|---|
| Autry Rabon, II | | X | Costco objects to Mr. Rabon's testimony based on relevance, hearsay, and to the extent any testimony is time-barred, cumulative and lacks personal knowledge. FED R. EVID. 602, 802, 403. Subject to Costco's Motion *in Limine* # 1 [ECF 79]. Further, Mr. Rabon no longer works in the Indianapolis market. |
| Mo Connor | | X | Costco objects to Ms. Connor's testimony based on relevance, hearsay, and to the extent any testimony is time-barred, cumulative and lacks personal knowledge. FED R. EVID. 602, 802, 403. Subject to Costco's Motion *in Limine* # 1 [ECF 79]. Further, Ms. Connor no longer works in the Indianapolis market. |
| Wendy Padgett | | X | Costco objects to Ms. Padgett's testimony based on relevance, and to the extent any testimony is time-barred and cumulative of the testimony from other trial witnesses. FED R. EVID. 802, 403. Ms. Padgett's testimony should also not be permitted for the reasons set forth in Costco's Motion *In Limine* # 1. [ECF 79.] Further, Ms. Padgett no longer works in the Indianapolis market. |
| Ryan Duffy | | X | Costco objects to Mr. Duffy's testimony based on relevance, hearsay, and to the extent any testimony is cumulative of other witnesses including Plaintiff, Julie Frazier, William Kauffman and/or Mike Donaldson. FED R. EVID. 602, 802, 403. |
| Kevin Powers | | X | Costco objects to Mr. Powers' testimony based on relevance, hearsay, and to the extent any testimony is and to the extent any testimony is time-barred and cumulative of the testimony from other trial witnesses. FED R. EVID. 802, 403. Mr. Powers' testimony should also not be permitted for the reasons set forth in Costco's Motion *In Limine* # 1. Further, Mr. Powers no longer works in the Indianapolis market. |
| Tonya Gonzalez | | X | Costco objects to Ms. Gonzalez's testimony based on relevance, hearsay, and to the extent any testimony is time-barred and cumulative of the testimony from other trial witnesses. FED R. EVID. 802, 403. Ms. Gonzalez's testimony should also not be permitted for the reasons set |

| Witness Name | Will call | May call | Objections |
|---|---|---|---|
| | | | forth in Costco's Motion *In Limine* # 1. |
| Brittany Nelson | | X | Costco objects to Ms. Nelson's testimony based on relevance, hearsay, and to the extent any testimony is cumulative and lacks personal knowledge.  FED R. EVID. 602, 802, 403. Further objecting, Costco no longer employs this individual. |
| Jimmy Smith | | X | Costco objects to Mr. Smith's testimony based on relevance, hearsay, and to the extent any testimony is cumulative and lacks personal knowledge.  FED R. EVID. 602, 802, 403. |

DATED:  October 7, 2020                                              Respectfully submitted,

                                                          COSTCO WHOLESALE CORPORATION

By:   */s/ Erin Dougherty Foley*
        One of Its Attorneys

Erin Dougherty Foley *(admitted to S.D. Ind. 11/20/2018)*
Sara Eber Fowler *(admitted to S.D. Ind. 9/21/2020)*
Seyfarth Shaw LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois  60606-6448
Telephone:     (312) 460-5000
Facsimile:      (312) 460-7000
*Attorneys for Defendant*
COSTCO WHOLESALE CORPORATION

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2020, a copy of the foregoing was served by electronic filing. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    s/ Erin Dougherty Foley