**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| KAREN R. HIRLSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-04699-TWP-MPB |
| | ) | |
| COSTCO WHOLESALE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY ON PLAINTIFF'S OBJECTIONS
TO COURT'S PROPOSED PRELIMINARY JURY INSTRUCTIONS**

This matter is before the Court on Plaintiff Karen R. Hirlston's ("Hirlston") Objections to the Court's Proposed Preliminary Jury Instructions (Filing No. 164). Hirlston first argues that Preliminary Instruction No. 9 inconsistently refers to "indirect evidence" in one instance while referring to "circumstantial evidence" throughout the rest of the text. *Id.* at 1. The Court agrees that this instruction should state "circumstantial evidence" where Preliminary Instruction No. 9 used "indirect evidence." The Courts **sustains** the objection and has amended the second sentence in the second paragraph of Preliminary Instruction No. 9 to state: "Circumstantial evidence that it is raining is the observation of someone entering a room carrying a wet umbrella."

Hirlston also objects to the Court's Preliminary Instruction No. 18, which, among other things, informs jurors that they are not to communicate with other people "about the case," including "anyone who is involved in the case." (Filing No. 164 at 2.) Because "jurors may expect counsel for the parties to engage in pleasantries that are common in everyday human interactions such as smiling or other similar types of verbal or nonverbal communication should counsel encounter those jurors in the hallways or outside the confines of the courtroom during a break from trial," Hirlston contends that the Court should add to the instruction that "The trial lawyers are not

1

allowed to speak with you during this case. When you see them at a recess or pass them in the halls and they do not speak to you, they are not being rude or unfriendly; they are simply following the law." *Id.* at 2–3. The Court finds that the conduct as described in the requested additional language is already covered more generally by Preliminary Instruction No. 18, which directs jurors to avoid information "about the case." Exchanging hallway pleasantries or smiles does not constitute interactions "about the case." For this reason, the Court **overrules** Hirlston's objection to Preliminary Instruction No. 18.

For the reasons discussed above, the Court **SUSTAINS in part** and **OVERRULES in part** Hirlston's Objections to Court's Proposed Preliminary Jury Instructions (Filing No. 164). The Preliminary Jury Instructions as amended will be emailed to the parties.

**SO ORDERED.**

Date: 6/4/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Kevin W. Betz
BETZ & BLEVINS
kbetz@betzadvocates.com

Sara Eber Fowler
SEYFARTH SHAW LLP (Chicago)
sfowler@seyfarth.com

Sandra L. Blevins
BETZ & ASSOCIATES
sblevins@betzadvocates.com

Chad Harrison Holler
BETZ & BLEVINS
choller@betzadvocates.com

Courtney E. Endwright
BETZ & BLEVINS
cendwright@betzadvocates.com

Jamie A. Maddox
BETZ & ASSOCIATES
jmaddox@betzadvocates.com

Erin D. Foley
SEYFARTH SHAW LLP
edfoley@seyfarth.com

Kyla J. Miller
SEYFARTH SHAW LLP (Chicago)
kjmiller@seyfarth.com