UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KAREN R. HIRLSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:17-cv-04699-TWP-MPB |
| | ) |
| COSTCO WHOLESALE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**JURY VERDICT FORM**
**ADA DISPARATE TREATMENT**

1. Was Ms. Hirlston qualified to perform her job as an Optical Department Manager in November 2015?

    YES___          NO _X_

    *(If you answered "Yes," answer Question 2; if you answered "No," sign, and return this verdict form and return to the Bailiff).*

2. Did Costco demote Ms. Hirlston on the basis of her disability?

    YES___          NO___

    *(If you answered "Yes," then answer Question 3; if you answered "No," sign and return this verdict form to the Bailiff).*

3. Has Ms. Hirlston suffered emotional pain and mental anguish as a result of her demotion?

    YES___          NO___

    *(If you answered "Yes," then answer Question 4; if you answered "No," sign and return this verdict form and return to the Bailiff.)*

4. What amount will fairly compensate Ms. Hirlston for her emotional pain and mental anguish?

    **Answer: $**_____

SO SAY WE ALL:

6/9/21
_____
Date