UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KAREN R. HIRLSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:17-cv-04699-TWP-MPB |
| | ) |
| COSTCO WHOLESALE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**JURY VERDICT FORM**
**ADA DISCRIMINATION (FAILURE TO ACCOMMODATE)**

1. Was Ms. Hirlston qualified to perform her job as an Optical Department Manager in November 2015?

    YES___          NO_X_

    *(If you answered "Yes," answer Question 2; if you answered "No," sign, and return this verdict form and return to the Bailiff).*

2. Was there a reasonable accommodation available that would have allowed Ms. Hirlston to perform the essential functions of her job as an Optical Department Manager?

    YES___          NO___

    *(If you answered "Yes," then answer Question 3; if you answered "No," sign and return this verdict form and return to the Bailiff).*

3. Did Costco provide Ms. Hirlston with a reasonable accommodation?

    YES___          NO___

    *(If you answered "Yes," sign and return this verdict form to the Bailiff; if you answered "No," then answer Question 4).*

4. Has Ms. Hirlston suffered emotional pain and mental anguish as a result of Costco's failure to provide her a reasonable accommodation.

    YES___          NO___

    *(If you answered "Yes," then answer Question 5; if you answered "No," sign and return this verdict form and return to the Bailiff.)*

5. What amount will fairly compensate Ms. Hirlston for her emotional pain and mental anguish?

**Answer: $**_____

SO SAY WE ALL:

___6/9/21_____
Date