IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KAREN R. HIRLSTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 1:17-cv-4699-TWP-MPB ) |
| COSTCO WHOLESALE CORPORATION, | ) ) ) |
| Defendant. | ) ) |

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION
OF TIME TO FILE RESPONSE TO DEFENDANT'S BILL OF COSTS**

This matter came before the Court upon *Plaintiff's Motion for Extension of Time to File Response to Defendant's Bill of Costs*, and the Court, having considered the same and being duly advised, now finds that the *Motion* should be GRANTED.

IT IS THEREFORE ORDERED, over Defendant's Objection, that the deadline for Ms. Hirlston to file her response to Defendant's *Bill of Costs* is hereby extended fourteen (14) days from September 16, 2021 to and including **September 30, 2021**.

ALL OF WHICH IS ORDERED

Date: 9/13/2021

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

DISTRIBUTION TO:
All ECF-registered counsel of record via email generated by the Court's ECF system