**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| KAREN R. HIRLSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:17-cv-04699-TWP-MPB |
| | ) |
| COSTCO WHOLESALE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## ENTRY CONCERNING BILL OF COSTS AND RELATED MOTIONS

On August 19, 2021 Final Judgment was entered in favor of Defendant Costco Wholesale Corporation ("Costco") and against Plaintiff Karen R. Hirlston ("Hirlston"). (Filing No. 193). Costco filed its Bill of Costs on September 2, 2021, requesting that it be awarded costs in the amount of $23,566.53. (Filing No. 194.) Hirlston filed a Response in Opposition on September 30, 2021, wherein she asks the Court to stay the issue of costs until she exhausts her appellate options or, in the alternative, exercise its discretion to deny Costco's Bill of Costs in its entirety or, at minimum, reduce the Bill of Costs (Filing No. 199). Costco filed a Reply on October 14, 2021 (Filing No. 201), which Hirlston asserts should be stricken, as untimely filed (Filing No. 202). Hirlston also has pending a Motion for Enlargement of Time to File Surreply (Filing No. 203). Also pending is Plaintiff's Motion for a New Trial Under Rule 59, or in the Alternative, Motion for Relief from Judgment Under Rule 60. (Filing No. 197).

The Court determines that the most prudent course of action is to **stay** the issue of costs until Hirlston has exhausted her appellate options. The Court notes that although Costco's reply was untimely, the Court may extend response and reply deadlines if good cause is shown. *See* Local Rule 7-1(c)(3) and (4). And before Hirlston can file a surreply, she must request leave to do

so and attach a copy of the proposed surreply. But these are matters that can be addressed once the stay is lifted.

The Court on its own Motion **STAYS** the proceedings concerning Bill of Costs ([Filing No. 194](#)) until Hirlston has exhausted her appellate options. Hirlston's Motion to Strike ([Filing No. 203](#)) and her Motion for Enlargement of Time to File a Surreply are **DENIED AS MOOT** and without prejudice, and may be refiled if necessary once the stay is lifted.

    **SO ORDERED.**

Date:  10/22/2021

                                            Hon. Tanya Walton Pratt, Chief Judge
                                            United States District Court
                                            Southern District of Indiana

DISTRIBUTION:

Chad Harrison Holler
BETZ & BLEVINS
choller@betzadvocates.com

Courtney E. Endwright
BETZ & BLEVINS
cendwright@betzadvocates.com

Jamie A. Maddox
BETZ & ASSOCIATES
jmaddox@betzadvocates.com

Kevin W. Betz
BETZ & BLEVINS
kbetz@betzadvocates.com

Sandra L. Blevins
BETZ & ASSOCIATES
sblevins@betzadvocates.com

Erin D. Foley
SEYFARTH SHAW LLP
edfoley@seyfarth.com

Kyla J. Miller
SEYFARTH SHAW LLP (Chicago)
kjmiller@seyfarth.com

Sara Eber Fowler
SEYFARTH SHAW LLP (Chicago)
sfowler@seyfarth.com